```
                                                          FILED

                                                     06 SEP -1  AM 10:59

                                                     CLERK, U.S. DISTRICT COURT
                                                    SOUTHERN DISTRICT OF CALIFORNIA

                                                     BY     PDC        DEPUTY
```

1 DAVID A. MILLER (CA Bar No. 140805)
  LAW OFFICE OF DAVID A. MILLER
2 555 West Beech Street, Suite 413
  San Diego, California 92101
3 Telephone: (619) 238-8015
  Facsimile: (619) 238-1447
4
  Attorneys for Plaintiff
5 GINA M. ANGULO

6

7 DEBORAH J. BROYLES (CA State Bar No. 167681)
  MIMI M. LEE (CA State Bar No. 155803)
8 ELIZABETH H. CUDD (CA State Bar No. 222381)
  THELEN REID & PRIEST LLP
9 101 Second Street, Suite 1800
  San Francisco, California 94105
  Telephone: (415) 371-1200
10 Facsimile: (415) 371-1211

11 Attorneys for Defendants
   KAISER FOUNDATION HOSPITALS,
12 ROD CATABAY, DAVID NIETO, TONY
   MONTOY and MIGUEL GAETA
13

14
                    UNITED STATES DISTRICT COURT
15
                   SOUTHERN DISTRICT OF CALIFORNIA
16

17 | GINA M. ANGULO,                 | Case No.: 05CV1719 BTM (WMc)
   |                                 |
18 |        Plaintiff,               | **STIPULATION TO CONTINUE
   |                                 | DATES SET FORTH IN COURT'S
19 | v.                              | FEBRUARY 3, 2006 AMENDED
   |                                 | SCHEDULING ORDER BY 90 DAYS;
20 | KAISER PERMANENTE; KAISER       | PROPOSED ORDER**
   | PERMANENTE HOSPITAL;
21 | KAISER FOUNDATION
   | HOSPITALS; KAISER
22 | PERMANENTE MEDICAL CARE
   | PROGRAM; SOUTHERN
23 | CALIFORNIA PERMANENTE
   | MEDICAL GROUP; DAVID
24 | NIETO, JR., individually; ROD
   | CATABAY, individually; MIGUEL
25 | GAETA, individually; TONY
   | MONTOY, individually; and DOES 1
26 | through 20, inclusive,
   |
27 |        Defendants.

28

1 | TO THIS HONORABLE COURT AND ALL PARTIES AND THEIR
2 | ATTORNEYS OF RECORD:

3     The undersigned counsel for plaintiff Gina M. Angulo ("Plaintiff") and
4 | counsel for defendants Kaiser Foundation Hospitals, Rod Catabay, David Nieto,
5 | Tony Montoy, and Miguel Gaeta ("Defendants") hereby stipulate as follows:

6     1.    That counsel for Plaintiff sustained serious and permanent physical
7 | injuries as a result of an incident which took place in June 2006;

8     2.    That counsel for Plaintiff is still in the process of recovering from the
9 | June 2006 incident and has been advised by his health care provider that he has
10 | sustained permanent hearing damage due to the incident;

11     3.    That counsel for Plaintiff has been unavailable to conduct discovery
12 | and attend to other matters concerning this case and other cases since June 2006 as
13 | a result of the injuries he sustained;

14     4.    That both parties would like to extend the dates set forth in the Court's
15 | February 2006 Scheduling Order by 90 days;

16     5.    That no trial date has been set in this matter;

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

THELEN REID & PRIEST LLP
ATTORNEYS AT LAW

LA #413470 v1-030046-000188

-2-

Case No.: 05CV1719 BTM (WMc)

STIPULATION TO CONTINUE THE DATES SET FORTH IN THE COURT'S
FEBRUARY 3, 2006 AMENDED SCHEDULING ORDER BY 90 DAYS

Aug-28-2006 10:02am From-THELEN REID & PRIEST LLP +2135768080 T-765 P.005/006 F-024
Case 3:05-cv-01719-BTM-WMC   Document 18   Filed 09/01/06   PageID.1225   Page 3 of 4

1  6.  That the deadlines set forth in the Court's Amended Scheduling Order
2  be extended as follows: the Discovery Cut-Off (from September 13, 2006 to
3  December 13, 2006); The last day to make all FRCP Rule 26(a)(3) disclosures
4  (from September 25, 2006 to December 29, 2006); The Motion Cut-Off (from
5  October 2, 2006 to January 8, 2007); Pretrial Conference (from October 17, 2006 to
6  January 16, 2007).
7  IT IS SO STIPULATED.
8
9  Dated: August 29, 2006            LAW OFFICES OF DAVID A. MILLER
10
11                                    By _____
12                                       David A. Miller
                                         Attorneys for Plaintiff
13                                       GINA M. ANGULO
14
15  Dated: August 28, 2006            THELEN REID & PRIEST LLP
16
17                                    By _____
                                         Deborah J. Broyles
18                                       Mimi M. Lee
                                         Elizabeth H. Cudd
19                                       Attorneys for Defendants
                                         KAISER FOUNDATION HOSPITALS,
20                                       ROD CATABAY, DAVID NIETO,
                                         TONY MONTOY and MIGUEL GAETA
21
22
                              **ORDER**
23
    The terms of the above Stipulation are hereby adopted as the Order of this
24
    Court.
25
                                  OR
26
27  1.  The Discovery Cut-Off is continued to ___September 13, 2006___;
28

THELEN REID   LA #413470 v1-030046-000188           -3-          Case No. 05CV1719 BTM (WMc)
& PRIEST LLP     STIPULATION TO CONTINUE THE DATES SET FORTH IN THE COURT'S
ATTORNEYS AT LAW   FEBRUARY 3, 2006 AMENDED SCHEDULING ORDER BY 90 DAYS

1  2. The last day to make all FRCP Rule 26(a)(3) disclosures is continued
2  to _December 29, 2006_;
3  3. The Motion Cut-Off is continued to _January 8, 2007_; and
4  4. The Pretrial Conference is continued to _March 28, 2007_.
5  @ 4:00 pm
6  Dated: _8/31/06_                    [signature]
7  HONORABLE WILLIAM McCURINE ~~HONORABLE WILLIAM McCURINE~~
   Judge of the District Court
8  Hon. Barry Ted Moskowitz